UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 07-34423
TERESA A. NOLAN | (Chapter 13)
Debtor | JUDGE LAWRENCE S. WALTER

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 42 | VERIZON NORTH INC<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 13.86 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service 07-34423

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| TERESA A. NOLAN | RANDALL E BREADEN | (49.1n) |
| --- | --- | --- |
| 9198 STOCKER ROAD | 414 WALNUT ST | DENNIS A LIEBERMAN |
| ARCANUM, OH  45304 | GREENVILLE, OH  45331 | ATTN EMERSON R KECK |
| | | 318 W FOURTH STREET |
| | | DAYTON, OH  45402 |

| (52.1n) | (56.1n) | (42.1) |
| --- | --- | --- |
| PORTFOLIO RECOVERY ASSOCIATES | PRA RECEIVABLES MANAGEMENT LLC | VERIZON NORTH INC |
| BOX 41067 | AGENT OF PORTFOLIO RECOVERY | AFNI VERIZON |
| NORFOLK, VA  23541 | BOX 41067 | 404 BROCK DRIVE |
| | NORFOLK, VA  23541 | BLOOMINGTON, IL  61701 |

Jeffrey M. Kellner BY    \_\_\_/s/ Jeffrey M. Kellner_____    sv